No. 77–804.  JOACHIM *v.* JOACHIM.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 77–808.  KANSAS CITY AREA TRANSPORTATION AUTHORITY OF THE KANSAS CITY AREA TRANSPORTATION DISTRICT *v.* ASHLEY ET AL.  Sup. Ct. Mo.  Certiorari denied.

No. 77–810.  FORD *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 1st Cir.  Certiorari denied.

No. 77–812.  DEAN *v.* AMERICAN SECURITY INSURANCE Co. C. A. 5th Cir.  Certiorari denied.

No. 77–813.  URIAS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–814.  HEIZER CORP. *v.* WRIGHT ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 77–815.  WHITE PLAINS NURSING HOME *v.* COMMISSIONER, DEPARTMENT OF HEALTH OF NEW YORK, ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 77–819.  HUDSON ET AL. *v.* VIRGINIA.  Sup. Ct. Va. Certiorari denied.

No. 77–827.  WILSON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–828.  GUNTHER ET AL. *v.* MARYLAND-NATIONAL CAPITAL PARK AND PLANNING COMMISSION.  Ct. Sp. App. Md.  Certiorari denied.